Carolyn C. CLEVELAND,
Plaintiff–Appellant,

v.

POLICY MANAGEMENT SYSTEMS
CORP.; General Information Ser-
vices, a Division of Policy Manage-
ment Systems Corporation; Cybertek
Corp., Defendants–Appellees.

No. 96–11247.

United States Court of Appeals,
Fifth Circuit.

Nov. 12, 1999.

John Edward Wall, Jr. (argued), Dallas,
TX, for Plaintiff–Appellant.

David Norman Kitner, Kimberly Sum-
mer Moore (argued), Strasburger & Price,
Dallas, TX, for Defendants–Appellees.

Robert John Gregory, Equal Employ-
ment Opportunity Commission, Washing-
ton, DC, for Equal Employment Opportu-
nity Commission, Amicus Curiae.

Before WIENER and PARKER, Circuit
Judges, and LITTLE, District Judge*.

BY THE COURT:

Pursuant to the May 24, 1999 judgment
of the Supreme Court of the United
States, in 97–1008, *Cleveland v. Policy
Management Systems Corp. et al.,* vacat-
ing the decision of this court in the cap-
tioned case and remanding it to us for
further proceedings consistent with the
Court's opinion,

IT IS ORDERED that this case be and
it is hereby remanded to the United States

* District Judge of the Western District of Loui-

District Court for the Northern District of
Texas, for further proceedings consistent
with the opinion of the Supreme Court of
the United States.